IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DEREK MORTLAND, individually, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-163
)
OGLETHORPE MALL L.L.C., a )
Delaware Limited Liability Co. )
)
    Defendant. )
)

O R D E R

Before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 21.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of April 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA